JUL-27-2006 09:03 AM  PAUL N CISTERNINO                1 914 923 8913        P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAOLA ALVA,

                Plaintiff,        Index No. 06 CIV. 3688(CLB)

    - against -

COMMUNITY MEDICAL &
DENTAL CARE, INC.

                Defendant.

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE & order

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant, through their undersigned counsel and authorized representative, that the above-captioned action is dismissed, with prejudice to Plaintiff, and with no award of attorneys' fees, costs and/or disbursements to any side.

LAW OFFICE OF
PAUL N. CISTERNINO, P.C.

By: _____
Paul N. Cisternino, Esq.
Attorney for Plaintiff
701 Westchester Ave., St. 308W
White Plains, NY 10604
(914) 997-0303

Dated: 7/27/06

COMMUNITY MEDICAL &
DENTAL CARE, INC.

By: _____
Sharon Milner
Executive Director/COO for Defendant
173 Route 59
Spring Valley, New York 10977
(845) 352-6800

Dated: 7/27/06

SO ORDERED July 27, 2006.

_____
HON. CHARLES L. BRIEANT, USDJ

Dated